USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JAWARA HEADLEY, A/K/A AND P/K/A
BRINX BILLIOINS, AN INDIVIDUAL,

                             Plaintiff,

                  -against-

UNIVERSAL MUSIC GROUP, INC., A
DELAWARE CORPORATION, ONIKA TANYA
MARAJ-PETTY, A/K/A NICKI MINAJ,
INDIVIDUALLY, YOUNG MONEY
ENTERTAINMENT, INC., A LOUISIANA
CORPORATION, CASH MONEY RECORDS,
INC., A LOUISIANA CORPORATION,
REPUBLIC RECORDS, INC., A DELAWARE
CORPORATION AND TOKYO NINJA, LLC., A
DELAWARE CORPORATION,

                             Defendants.
------------------------------------------------------------- X

20-CV-11120 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

        WHEREAS on March 18, 2021, Plaintiff filed an amended complaint, Dkt. 35;

        IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, at docket entry 27, is dismissed as moot.

        IT IS FURTHER ORDERED that Defendants' time to answer, move, or otherwise respond to the First Amended Complaint will be governed by the Federal Rules of Civil Procedure and this Court's Local Civil Rules unless the parties submit a joint stipulation agreeing to an alternative schedule.

        IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 27.

**SO ORDERED.**

**Date: March 19, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**